Jose Luis ZAVALA, Petitioner,

v.

John ASHCROFT, Attorney
General, Respondent.

No. 02–72414.

Agency No. A90–798–866.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 26, 2004.

Carlos Vellanoweth, Vallaneoweth and Gehart, LLP, Los Angeles, CA, John Wolfgang Gehart, Vellanoweth & Gehart, Los Angeles, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Los Angeles District Counsel, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Christopher C. Fuller, DOJ-U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before FERNANDEZ, W. FLETCHER and TALLMAN, Circuit Judges.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM\*\*

Jose Luis Zavala, a native and citizen of Mexico, petitions for review of the decision of the Board of Immigration Appeals ("BIA") denying his motion to reconsider and reopen deportation proceedings. We lack jurisdiction to review petitions filed by aliens who are deportable because they committed an "aggravated felony." *See Rosales–Rosales v. Ashcroft,* 347 F.3d 714, 718 (9th Cir.2003). Because Zavala does not contend before this court that his criminal conviction did not qualify as an aggravated felony, we do not reach Zavala's contention that the BIA erred by determining that he was not entitled to apply for waiver of deportation relief. *See id.*

**PETITION FOR REVIEW DISMISSED.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

